No. 90–1311. SMITH *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 90–1416. WOLAK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–1441. PINKNEY *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–1445. IVY ET UX. *v.* MYERS. C. A. 9th Cir. Certiorari denied.

No. 90–1451. WILSON *v.* UNITED STATES; and GREEN ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1483. BARTON ET AL. *v.* SMITH ET AL.; and
No. 90–1634. SMITH ET AL. *v.* BARTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1497. ASHKENAZY PROPERTY MANAGEMENT CORP., DBA L'ERMITAGE HOTEL, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1509. VASQUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1518. HEERDINK *v.* AMOCO OIL CO. C. A. 7th Cir. Certiorari denied.

No. 90–1521. COIRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1533. CARDILLI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–1622. FANT *v.* STEPHENS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 90–1632. MEAIGE *v.* HARTLEY MARINE CORP. C. A. 4th Cir. Certiorari denied.

No. 90–1635. BHAYA ET AL. *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 3d Cir. Certiorari denied.